No. 8504.

SAMPLES *v.* TROWEL LAND AND IRRIGATION COMPANY.

*Error to Denver District Court, Whitford, Judge.*
*Reversed with instructions.*

Messrs. STEPHENSON & STEPHENSON for plaintis in error.

Messrs. GOUDY, TWITCHELL & BURKHARDT, Mr. H. R. KAUS for defendant in error.

This case was considered with and is determined by case No. 8756, *The Trowel Land and Irrigation Company v. The Bijou Irrigation District et al.,* 176 Pac. 292, and upon the authority of that case the judgment is reversed, with instruction to dismiss the proceeding.

*En banc.*

Hill ,C. J., and Allen, J., not participating.